AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
для the
Eastern District of New York

| | |
|---|---|
| Baoquan Tian, individually and on behalf of all other Employees similarly situated,<br><br>*Plaintiff(s)*<br>v.<br><br>Nail Tek & Spa, Inc. d/b/a Nail Tek & Spa, Lisa Doe, Susan Doe and Jane Doe#1-10<br><br>*Defendant(s)* | Civil Action No. 2:18-cv-05976  (JS)(ARL) |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  Nail Tek & Spa, Inc. d/b/a Nail Tek & Spa, Lisa Doe, Susan Doe and Jane Doe#1-10

1149 Deer Park Avenue, North Babylon, New York 11703

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   Hui Chen and Associates, P.L.L.C.
Hui Chen, Esq.
136-20 38th Ave., Suite 9E
Flushing, NY 11354
Tel: (718) 463-2666

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.



DOUGLAS C. PALMER
*CLERK OF COURT*

Date: 10/30/2018

/s/ C. Valle

*Signature of Clerk or Deputy Clerk*